# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS E. MALING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FINNEGAN, HENDERSON, FARABOW, GARRETT, DUNNER, LLP, *et al.*, <br><br> Defendants. | Case No. 12-cv-10639-RGS/JGD |

## DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS COMPLAINT

Defendants Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Lawrence R. Robins, Eric P. Raciti, and Matthew R. Van Eman (collectively "Finnegan") hereby move for leave to file a 5-page reply brief in support of their motion to dismiss the Complaint. In support of this motion, Finnegan states as follows.

1. This is a purported legal malpractice case, arising out of work done by Finnegan in procuring patents for an eyeglass design.

2. Finnegan moved to dismiss the plaintiffs' Complaint pursuant to Rule 12(b)(6) on September 19, 2012. Plaintiffs' memorandum in opposition was filed on October 30, 2012.[1]

3. Finnegan seeks leave to file a short reply brief of five pages or less in support of the motion to dismiss. Finnegan asserts that a reply brief is necessary to address plaintiffs' erroneous characterization of both the substance of the Complaint and defendants' arguments for dismissal, and to address a new argument raised by plaintiffs in a misguided effort to save their Chapter 93A claim.

---
[1] Finnegan also moved to dismiss the Complaint with respect to two individual defendants, Ernest Chapman and Arthur Garrett, pursuant to Rule 12(b)(2). The plaintiffs have not opposed the dismissal of these two defendants.

WHEREFORE, defendants respectfully request that the Court grant them leave to file a 5-page reply brief in support of their motion to dismiss the Complaint.

Dated:  November 2, 2012               Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP, LAWRENCE R. ROBINS, ERIC P. RACITI, and MATTHEW R. VAN EMAN,
By their attorneys,

/s/ Erin K. Higgins
Erin K. Higgins (BBO#559510)
Jan M. Kendrick (BBO #678806)
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200
ehiggins@ckrpf.com
jkendrick@ckrpf.com

OF COUNSEL:

Thomas B. Mason
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington , DC 20036-5807
(202) 778-1800
tmason@zuckerman.com

John J. Connolly
ZUCKERMAN SPAEDER LLP
100 E. Pratt Street, Suite 2400
Baltimore, MD 21202
(404) 332-0444
jconnolly@zuckerman.com

Assented-to:

CHRIS E. MALING AND
THE FORMULA, LLC

By their attorney,

/s/ Hans R. Hailey_____
Hans R. Hailey (BBO#216820)
Law Offices of Hans R. Hailey
225 Friend Street, 5th Floor
Boston, MA  02114
(617) 723-4010
hhailey@rcn.com

Certificate of Service
I hereby certify that this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by mail to any nonregistered party on the 2nd day of November, 2012.
/s/ Jan M. Kendrick

754091.1