UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__MALING ET AL__
      **Plaintiff**

    V.

CIVIL ACTION

NO. __12-10639__ RGS

__FINNEGAN, HENDERSON, FARABOW ET AL__
      **Defendant**

### ORDER OF DISMISSAL

__STEARNS, D. J.__

In accordance with the Court's Electronic order dismissing case for lack of subject matter jurisdiction on __2/20/13__, it is hereby ORDERED that the above-entitled action be and hereby is dismissed for lack of subject matter jurisdiction.

__2/20/13__
Date

By the Court,

/s/ Elaine Flaherty
Deputy Clerk